UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nicole Buckley,

                Plaintiff(s),

v.                                          Case No. 5:21−cv−12539−JEL−KGA
                                          Hon. Judith E. Levy

Vascular Associates of
Michigan, PC, et al.,

                Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Altman pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                s/Judith E. Levy
                                                Judith E. Levy
                                                United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/W. Barkholz
                                                Case Manager

Dated:   April 13, 2023