IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NICOLE BUCKLEY**                                                                                                 **PLAINTIFF**

vs.                              No. 5:21-cv-12539-JEL-KGA

**VASCULAR ASSOCIATES OF MICHIGAN, PC,**                              **DEFENDANTS**
**JOHN ILJAS and MAZEN BAZZI**

### JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within sixty (60) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

    Respectfully submitted,

    **NICOLE BUCKLEY, Individually**
    **and on Behalf of All Others**
    **Similarly Situated, PLAINTIFF**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (800) 615-4946
    Facsimile: (888) 787-2040

        Daniel Ford
        Ark. Bar No. 2014162
        daniel@sanfordlawfirm.com

        */s/ Josh Sanford*
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and** **VASCULAR ASSOCIATES OF MICHIGAN, PC, JOHN ILJAS and MAZEN BAZZI, DEFENDANTS**

        GASIOREK MORGAN
        Northwestern Highway, Suite 425
        Farmington Hills, MI 48334
        (248) 865-0001

        */s/ Greg Jones*
        Greg Jones (P75318)
        gjones@work-lawyers.com

## CERTIFICATE OF SERVICE

  I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the NOTICE OF SETTLEMENT to which this certificate has been appended was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

David F. Greco, Esq.
Ertis Tereziu, Esq.
Northwestern Highway, Suite 425
Farmington Hills, MI 48334
(248) 865-0001
dgreco@gmgmklaw.com
eterezui@gmgmklaw.com

        */s/ Josh Sanford*
        **Josh Sanford**