UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nicole Buckley,

                      Plaintiff(s),

v.                                            Case No. 5:21–cv–12539–JEL–KGA
                                             Hon. Judith E. Levy

Vascular Associates of
Michigan, PC, et al.,

                      Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion to Dismiss – #32

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy *without* oral argument.

Courtesy copies are not required.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/W. Barkholz
                                                     Case Manager

Dated:  July 12, 2023