UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nicole Buckley,

           Plaintiff,        Case No. 21-12539

v.                                    Judith E. Levy
                                    United States District Judge

Vascular Associates of Michigan,
PC, John Iljas, and Mazen Bazzi,      Mag. Judge Kimberly G. Altman

           Defendants.

_____/

**ORDER GRANTING JOINT MOTION
TO APPROVE SETTLEMENT [32]**

Before the Court is the parties' joint motion to approve the settlement. (ECF No. 32.) The motion also requests that the Court "dismiss all claims in this case with prejudice[] and retain jurisdiction over the matter to enforce the terms of settlement." (*Id.* at PageID.270.) After reviewing the motion and the attached settlement agreement, the Court concludes that there is a bona fide dispute between the parties and that the proposed settlement is fair, equitable, and reasonable.

Accordingly, the parties' joint motion to approve the settlement is GRANTED, the settlement agreement is APPROVED, and the case is

DISMISSED WITH PREJUDICE. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement.

    IT IS SO ORDERED.

| | |
|---|---|
| Dated: August 25, 2023<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 25, 2023.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager